# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: jmar | Date Created: 3/9/2009 |
| Case: 09−10407−WWB | Form ID: B9A | Total: 36 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Gary Thomas Crooks | 4858 Rt 322, Apartment 3 | Reynoldsville, PA 15851 | | |
| jdb | Annette Marie Crooks | 340 E. Main Street, Suite 1 | Reynoldsville, PA 15851 | | |
| ust | Office of the United States Trustee | Liberty Center. | 1001 Liberty Avenue, Suite 970 | Pittsburgh, PA 15222 | |
| tr | Tamera Ochs Rothschild | 314 South Franklin Street | Suite A | Titusville, PA 16354 | |
| aty | Jeffrey Wayne Ross | Harold Shepley &Assoc. | 485 Berlin Plank Road | Somerset, PA 15501 | |
| smg | Pennsylvania Dept. of Revenue | Department 280946 | P.O. Box 280946 | ATTN: BANKRUPTCY DIVISION | Harrisburg, PA 17128−0946 |
| 12168704 | Alliance One Receivables Management, Inc | 1160 Centre Point Drive, Suite #1 | Mendota Heights, MN 55120 | | |
| 12168706 | Bank of America | P.O. Box 15026 | Wilmington, DE 19850−5026 | | |
| 12168705 | Bank of America | P.O. Box 15726 | Wilmington, DE 19886−5726 | | |
| 12168707 | Beneficial | 90 Beaver Drive | Suite 114C | Du Bois, PA 15801 | |
| 12168708 | Beneficial Consumer Discount Co. | 2700 Sanders Road | Prospect Heights, IL 60070 | | |
| 12168709 | Capital One | P.O. Box 71083 | Charlotte, NC 28272−1083 | | |
| 12168710 | Capital One Bank | P.O. Box 70884 | Charlotte, NC 28272−0884 | | |
| 12168711 | Capital One Bank (USA), N.A. | c/o GC Services Limited Partnership | P.O. Box 36347 | Houston, TX 77236−9998 | |
| 12168712 | Citi Cards | P.O. Box 6500 | Sioux Falls, SD 57117 | | |
| 12168713 | CitiCorp Credit Services, Inc. | AllianceOne Receivables Management | P.O. Box 21882 | Eagan, MN 55121−0882 | |
| 12168716 | CitiFinancial | 280 Commons Drive | Laurel View Plaza | Du Bois, PA 15801−3808 | |
| 12168715 | CitiFinancial | Bankruptcy Dept. | P.O. Box 140489 | Irving, TX 75014−0489 | |
| 12168714 | CitiFinancial | P.O. Box 6931 | The Lakes, NV 88901−6931 | | |
| 12168717 | CitiFinancial | P.O. Box 70918 | Charlotte, NC 28272−0918 | | |
| 12168718 | Dell Financial Services | C/O Customer Service Correspondence Dept | P.O. Box 81577 | Austin, TX 78708−1577 | |
| 12168719 | Dell Preferred Account | P.O. Box 6403 | Carol Stream, IL 60197−6403 | | |
| 12168720 | FIA Card Services | P.O. Box 15137 | Wilmington, DE 19850−5137 | | |
| 12168721 | FIA Card Services NA | c/o Advanced Call Center Technologies | P.O. Box 8457 | Grey, TN 37615 | |
| 12168722 | GE Money Bank | ATTN: Bankruptcy Dept. | P.O. Box 103104 | Roswell, GA 30076 | |
| 12168723 | GEMB | P O Box 960001 | Orlando, FL 32896 | | |
| 12168724 | HSBC Mortgage Services, Inc. | 2700 Sanders Road | Prospect Heights, IL 60070 | | |
| 12168725 | I.C. System Inc | PO Box 64378 | Saint Paul, MN 55164−0887 | | |
| 12168726 | JC Penney | P.O. Box 960090 | Orlando, FL 32896−0090 | | |
| 12168727 | Letha Kohn | LK Rentals | 4935 Rt. 322 | Reynoldsville, PA 15851 | |
| 12168728 | Mark J. Udren, Esq. | Udren Law Offices, P.C. | Woodcrest Corporate Center | 111 Woodcrest Road, Suite 200 | Cherry Hill, NJ 08003−3620 |
| 12168729 | Martin Guthridge | 340 E. Main Street, Suite 1 | Reynoldsville, PA 15851 | | |
| 12168730 | McCabe, Weisberg &Conway, P.C. | 123 South Broad Street, Suite 2080 | Philadelphia, PA 19109 | | |
| 12168731 | Timberland FCU | 821 Beaver Drive | Du Bois, PA 15801−2511 | | |
| 12168732 | United Recovery Systems, LP | 5800 North Course Drive | Houston, TX 77072 | | |
| 12168733 | Wayne Road Storage | P.O. Box 220 | Reynoldsville, PA 15851 | | |

TOTAL: 36