**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                    Case Number **09–10407–WWB**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF PENNSYLVANIA** |

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/6/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gary Thomas Crooks<br>4858 Rt 322, Apartment 3<br>Reynoldsville, PA 15851 | Annette Marie Crooks<br>340 E. Main Street, Suite 1<br>Reynoldsville, PA 15851 |
| Case Number:<br>09–10407–WWB | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–2393<br>xxx–xx–5494 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey Wayne Ross<br>Harold Shepley & Assoc.<br>485 Berlin Plank Road<br>Somerset, PA 15501<br>Telephone number:  814–444–0500 | Bankruptcy Trustee (name and address):<br>Tamera Ochs Rothschild<br>314 South Franklin Street<br>Suite A<br>Titusville, PA 16354<br>Telephone number:  814–827–2760 |

## Meeting of Creditors
**\*\*\*Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting\*\*\***

Date: **April 21, 2009**                    Time:  **11:00 AM**

Location:  **Courtroom No. 2, Clarion County Courthouse, Main Street, Clarion, PA 16214**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 6/22/09**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501<br>Telephone number:  814–464–9740 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>John J. Horner |
| Hours Open:  Monday – Friday 9:00 AM – 4:30 PM | Date:  3/9/09 |

The United States Trustee, Region3, appoints the above–named individual as interim trustee as of the date of the filing of the bankruptcy petition.

## EXPLANATIONS                                           B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | The Court has an electronic filing system. Attorneys must follow the Court's local rules and procedures governing the manner in which documents must be filed. Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Photo ID/Delays | For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these proceedings, Please plan accordingly. |

## Refer to Other Side for Important Deadlines and Notices

A hearing on a reaffirmation agreement will be fixed only upon request by motion.

A list of creditors can be obtained from the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row, Erie, PA 16501. For copies, call (814)464–9740.

**UNITED STATES BANKRUPTCY COURT**          7
**WESTERN DISTRICT OF PENNSYLVANIA**          jmar

In re:                                                    Bankruptcy Case No.: 09–10407–WWB
                                                          Chapter: 7

**Gary Thomas Crooks**                                    Annette Marie Crooks
   Debtor(s)


Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual debtor to file a statement regarding completion of a course in personal financial managementwithin 45 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case; and

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the debtor completes an instructional course concerning personal financial management after filing the petition.

It is hereby ordered that this case shall be closed without entry of a discharge on the 60th day after the first date set for the meeting of creditors unless, within the 45 days after the first date set for the meeting of creditors, the debtor files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 23, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a debtor who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 45 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the debtor fails to timely file the motion.


Dated: March 9, 2009                                      <u>Warren W. Bentz</u>
                                                          Judge

## REMINDER TO COUNSEL

Before filing: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

After filing: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 45 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 23). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

# CERTIFICATE OF NOTICE

District/off: 0315-1             User: jmar                 Page 1 of 2              Date Rcvd: Mar 09, 2009
Case: 09-10407                  Form ID: B9A               Total Served: 36

The following entities were served by first class mail on Mar 11, 2009.
```
db                Gary Thomas Crooks,    4858 Rt 322, Apartment 3,   Reynoldsville, PA 15851
jdb              +Annette Marie Crooks,    340 E. Main Street, Suite 1,   Reynoldsville, PA 15851-0911
aty              +Jeffrey Wayne Ross,    Harold Shepley & Assoc.,    485 Berlin Plank Road,   Somerset, PA 15501-2415
smg               Pennsylvania Dept. of Revenue,    Department 280946,    P.O. Box 280946,
                  ATTN: BANKRUPTCY DIVISION,    Harrisburg, PA  17128-0946
ust              +Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                  Pittsburgh, PA 15222-3721
12168704         +Alliance One Receivables Management, Inc,    1160 Centre Point Drive, Suite #1,
                  Mendota Heights, MN 55120-1270
12168705          Bank of America,    P.O. Box 15726,   Wilmington, DE 19886-5726
12168709          Capital One,    P.O. Box 71083,   Charlotte, NC 28272-1083
12168711         +Capital One Bank (USA), N.A.,    c/o GC Services Limited Partnership,    P.O. Box 36347,
                  Houston, TX 77236-6347
12168712         +Citi Cards,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
12168713          CitiCorp Credit Services, Inc.,    AllianceOne Receivables Management,    P.O. Box 21882,
                  Eagan, MN 55121-0882
12168717          CitiFinancial,    P.O. Box 70918,   Charlotte, NC 28272-0918
12168715          CitiFinancial,    Bankruptcy Dept.,    P.O. Box 140489,   Irving, TX 75014-0489
12168716          CitiFinancial,    280 Commons Drive,   Laurel View Plaza,   Du Bois, PA 15801-3808
12168721         +FIA Card Services NA,    c/o Advanced Call Center Technologies,    P.O. Box 8457,
                  Grey, TN 37615-0457
12168725         +I.C. System Inc,    PO Box 64378,   Saint Paul, MN 55164-0378
12168727         +Letha Kohn,    LK Rentals,    4935 Rt. 322,   Reynoldsville, PA 15851-6071
12168728          Mark J. Udren, Esq.,    Udren Law Offices, P.C.,    Woodcrest Corporate Center,
                  111 Woodcrest Road, Suite 200,   Cherry Hill, NJ 08003-3620
12168729         +Martin Guthridge,    340 E. Main Street, Suite 1,   Reynoldsville, PA 15851-0911
12168730         +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street, Suite 2080,
                  Philadelphia, PA 19109-1031
12168731          Timberland FCU,    821 Beaver Drive,   Du Bois, PA 15801-2511
12168732         +United Recovery Systems, LP,    5800 North Course Drive,   Houston, TX 77072-1613
12168733         +Wayne Road Storage,    P.O. Box 220,   Reynoldsville, PA 15851-0220
```
The following entities were served by electronic transmission on Mar 10, 2009.
```
tr               +EDI: BTOROTHSCHILD.COM Mar 09 2009 21:38:00    Tamera Ochs Rothschild,
                  314 South Franklin Street,   Suite A,   Titusville, PA 16354-2168
tr               +E-mail/Text: tammyrothschild@excite.com                           Tamera Ochs Rothschild,
                  314 South Franklin Street,   Suite A,   Titusville, PA 16354-2168
12168706          EDI: BANKAMER.COM Mar 09 2009 21:38:00    Bank of America,    P.O. Box 15026,
                  Wilmington, DE 19850-5026
12168705          EDI: BANKAMER2.COM Mar 09 2009 21:38:00    Bank of America,    P.O. Box 15726,
                  Wilmington, DE 19886-5726
12168707         +EDI: HFC.COM Mar 09 2009 21:38:00    Beneficial,    90 Beaver Drive,    Suite 114C,
                  Du Bois, PA 15801-2442
12168708         +EDI: HFC.COM Mar 09 2009 21:38:00    Beneficial Consumer Discount Co.,    2700 Sanders Road,
                  Prospect Heights, IL 60070-2701
12168710          EDI: CAPITALONE.COM Mar 09 2009 21:38:00    Capital One Bank,    P.O. Box 70884,
                  Charlotte, NC 28272-0884
12168714          EDI: CIAC.COM Mar 09 2009 21:38:00    CitiFinancial,    P.O. Box 6931,   The Lakes, NV 88901-6931
12168718          EDI: RCSDELL.COM Mar 09 2009 21:38:00    Dell Financial Services,
                  C/O Customer Service Correspondence Dept,    P.O. Box 81577,   Austin, TX 78708-1577
12168719          EDI: RCSDELL.COM Mar 09 2009 21:38:00    Dell Preferred Account,    P.O. Box 6403,
                  Carol Stream, IL 60197-6403
12168720          EDI: BANKAMER.COM Mar 09 2009 21:38:00    FIA Card Services,    P.O. Box 15137,
                  Wilmington, DE 19850-5137
12168722         +EDI: RMSC.COM Mar 09 2009 21:38:00    GE Money Bank,    ATTN: Bankruptcy Dept.,
                  P.O. Box 103104,   Roswell, GA 30076-9104
12168723         +EDI: RMSC.COM Mar 09 2009 21:38:00    GEMB,    P O Box 960001,   Orlando, FL 32896-0001
12168724         +EDI: HFC.COM Mar 09 2009 21:38:00    HSBC Mortgage Services, Inc.,    2700 Sanders Road,
                  Prospect Heights, IL 60070-2701
12168726          EDI: RMSC.COM Mar 09 2009 21:38:00    JC Penney,    P.O. Box 960090,   Orlando, FL 32896-0090
                                                                                          TOTAL: 15
```
```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-1        User: jmar            Page 2 of 2            Date Rcvd: Mar 09, 2009
Case: 09-10407             Form ID: B9A           Total Served: 36
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2009**                    **Signature:**