Certificate Number: <u>04198-PAW-DE-006523427</u>

Bankruptcy Case Number: <u>09-10407</u>

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on <u>March 23, 2009</u>, at <u>5:26</u> o'clock <u>PM CDT</u>,

<u>Gary Crooks</u> completed a course on personal financial

management given <u>by internet</u> by

<u>Advantage Debt Management of America</u>,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the <u>Western District of Pennsylvania</u>.

Date: <u>March 24, 2009</u>       By    <u>/s/Bradley M. Wood</u>

Name   <u>Bradley M. Wood</u>

Title   <u>Counselor</u>