**Form 129**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

12 – 7
jmar

In re:                                                           Bankruptcy Case No.: 09–10407–WWB

Chapter: 7

**Gary Thomas Crooks**                      Annette Marie Crooks
    Debtor(s)

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Tamera Ochs Rothschild is discharged as trustee of the estate of the above−named debtor and the bond is cancelled; the chapter 7 case of the above named debtor is closed.

Dated: 6/23/09                                                              Warren W. Bentz
                                                                                        Judge