# Notice Recipients

District/Off: 0315−1            User: jmar                Date Created: 6/23/2009
Case: 09−10407−WWB        Form ID: 129            Total: 2

**Recipients of Notice of Electronic Filing:**
tr          Tamera Ochs Rothschild      tammyrothschild@excite.com
aty        Jeffrey Wayne Ross              jross@shepleylaw.com

TOTAL: 2