# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: jmar | Date Created: 6/23/2009 |
| Case: 09−10407−WWB | Form ID: B18 | Total: 36 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr     Tamera Ochs Rothschild    tammyrothschild@excite.com
aty    Jeffrey Wayne Ross    jross@shepleylaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Gary Thomas Crooks    4858 Rt 322, Apartment 3    Reynoldsville, PA 15851
jdb        Annette Marie Crooks    340 E. Main Street, Suite 1    Reynoldsville, PA 15851
smg        Pennsylvania Dept. of Revenue    Department 280946    P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128−0946
12168704   Alliance One Receivables Management, Inc    1160 Centre Point Drive, Suite #1    Mendota Heights, MN 55120
12168706   Bank of America    P.O. Box 15026    Wilmington, DE 19850−5026
12168705   Bank of America    P.O. Box 15726    Wilmington, DE 19886−5726
12168707   Beneficial    90 Beaver Drive    Suite 114C    Du Bois, PA 15801
12168708   Beneficial Consumer Discount Co.    2700 Sanders Road    Prospect Heights, IL 60070
12168709   Capital One    P.O. Box 71083    Charlotte, NC 28272−1083
12168710   Capital One Bank    P.O. Box 70884    Charlotte, NC 28272−0884
12168711   Capital One Bank (USA), N.A.    c/o GC Services Limited Partnership    P.O. Box 36347    Houston, TX 77236−9998
12168712   Citi Cards    P.O. Box 6500    Sioux Falls, SD 57117
12168713   CitiCorp Credit Services, Inc.    AllianceOne Receivables Management    P.O. Box 21882    Eagan, MN 55121−0882
12168716   CitiFinancial    280 Commons Drive    Laurel View Plaza    Du Bois, PA 15801−3808
12168715   CitiFinancial    Bankruptcy Dept.    P.O. Box 140489    Irving, TX 75014−0489
12168714   CitiFinancial    P.O. Box 6931    The Lakes, NV 88901−6931
12168717   CitiFinancial    P.O. Box 70918    Charlotte, NC 28272−0918
12168718   Dell Financial Services    C/O Customer Service Correspondence Dept    P.O. Box 81577    Austin, TX 78708−1577
12168719   Dell Preferred Account    P.O. Box 6403    Carol Stream, IL 60197−6403
12168720   FIA Card Services    P.O. Box 15137    Wilmington, DE 19850−5137
12168721   FIA Card Services NA    c/o Advanced Call Center Technologies    P.O. Box 8457    Grey, TN 37615
12168722   GE Money Bank    ATTN: Bankruptcy Dept.    P.O. Box 103104    Roswell, GA 30076
12168723   GEMB    P O Box 960001    Orlando, FL 32896
12168724   HSBC Mortgage Services, Inc.    2700 Sanders Road    Prospect Heights, IL 60070
12168725   I.C. System Inc    PO Box 64378    Saint Paul, MN 55164−0887
12168726   JC Penney    P.O. Box 960090    Orlando, FL 32896−0090
12168727   Letha Kohn    LK Rentals    4935 Rt. 322    Reynoldsville, PA 15851
12168728   Mark J. Udren, Esq.    Udren Law Offices, P.C.    Woodcrest Corporate Center    111 Woodcrest Road, Suite 200    Cherry Hill, NJ 08003−3620
12168729   Martin Guthridge    340 E. Main Street, Suite 1    Reynoldsville, PA 15851
12168730   McCabe, Weisberg &Conway, P.C.    123 South Broad Street, Suite 2080    Philadelphia, PA 19109
12168731   Timberland FCU    821 Beaver Drive    Du Bois, PA 15801−2511
12168732   United Recovery Systems, LP    5800 North Course Drive    Houston, TX 77072
12168733   Wayne Road Storage    P.O. Box 220    Reynoldsville, PA 15851

TOTAL: 33